UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: NINE WEST LBO SECURITIES LITIGATION <br><br> Pertains to: <br><br> *Kirschner, et al. v. DFA Investment Dimensions Group Inc. US Core Equity 1 Portfolio, et al.*, No. 20-cv-04299 | No. 1:20-md-02941-JSR <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL AND PROPOSED ORDER** |

### NOTICE OF WITHDRAWAL OF COUNSEL AND PROPOSED ORDER

PLEASE TAKE NOTICE that Daniel H. Gold of the law firm Haynes and Boone, LLP is hereby withdrawn as counsel of record for defendants HBK Master Fund L.P. and HBK Quantitative Strategies Master Fund LP (collectively, the "HBK Defendants") in the above-captioned consolidated multidistrict action (the "MDL Action").

Mr. Gold appeared on behalf of the HBK Defendants in *Kirschner, et al. v. DFA Investment Dimensions Group Inc. US Core Equity 1 Portfolio, et al.*, No. 1:20-cv-04299-JSR (S.D.N.Y.), one of the cases consolidated into the MDL Action, when that case was pending in the United States District Court for the Northern District of Texas (No. 3:20-cv-00374-L). *See Kirschner*, No. 1:20-cv-04299-JSR, at ECF No. 21.

The law firm Wilmer Cutler Pickering Hale and Dorr LLP will continue as counsel for the HBK Defendants in the MDL Action, with Philip D. Anker assuming the role of lead counsel. Mr. Anker is e-filing the instant notice on Mr. Gold's behalf, and with Mr. Gold's permission.

Mr. Gold is not retaining or charging a lien.

Accordingly, pursuant to Local Civil Rule 1.4, the HBK Defendants respectfully request that the Court order the withdrawal of Daniel H. Gold.

Dated: June 25, 2020
      New York, NY

Respectfully submitted,

/s/ Philip D. Anker
Philip D. Anker
Ross E. Firsenbaum
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(t) (212) 230-8890
(f) (212) 230-8888
philip.anker@wilmerhale.com
ross.firsenbaum@wilmerhale.com

*Attorneys for HBK Defendants*

SO ORDERED.

Dated: New York, New York

     6/25, 2020

_____
Honorable Jed S. Rakoff
United States District Judge
Southern District of New York

2